UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                      CASE NO. 3:18cr66-MCR

JERRY T. VERTEFEUILLE

AMENDED NOTICE

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| | |
|---|---|
| Place: | Arnow Federal Building<br>100 North Palafox Street<br>Pensacola, FL 32502 |
| Courtroom: | Courtroom II (2nd Floor) |
| New Date: | January 18, 2019           Previous Date: December 17, 2018 |
| New Time: | 1:00 PM                          Previous Time: 9:00 AM |
| Time Allotted: | 4 hours |
| Type of Proceeding: | Sentencing Hearing<br>before the Honorable M. Casey Rodgers |

*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

December 11, 2018                                     s/ Susan Simms
DATE                                                             Deputy Clerk: Susan Simms

Copies to:
Honorable M. Casey Rodgers
Jeffrey Tharp AUSA
Charles Wiggins, Esq.
US Marshal
US Probation
Court Security

Note:   * Should additional time be needed, please notify the court.