**Emerald Coast Cancer Center**
1024 Mar Walt Drive, Fort Walton Beach, FL 32547
Phone: (850) 863-3148 Fax: (850) 863-3132

Patient Name: **VERTEFEUILLE, CAROLYN**         Date: **12/14/2018**
Patient Number: Redacted                         Date Of Birth: Redacted

## Letter of Care Need

**Note Section:**

To Whom It May Concern:

The purpose of this communication is regarding Jerry Verterfuille's mother, Mrs. Carolyn Vertefuille. She was diagnosed with glioblastoma multiforme, a primary brain tumor. She has neurological deficits from the brain tumor as well as multiple complications as a consequence of her treatment. She requires a great amount of assistance from her son, Mr. Jerry Verterfuille who is her primary caregiver. Her prognosis at this time is very poor. Mrs. Vertefuille will most likely require 24 hour care in the near future given her condition. Please take this into consideration for Mr. Jerry Verterfuille's current situation with the courts.

**Fax Recipients**
KENNETH PONDER, MD~(888)423-5018~SO;

Signed _____
Yunhui Y Hsiang, MD on 12/14/2018 at 11:11 AM

**Exhibit B**

VERTEFEUILLE, CAROLYN DOB: Redacted                                              Page 1 of 1