# United States District Court
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Time Commenced: 2:01 pm  
Time Concluded: 2:55 pm  

Case No. 3:18cr66-MCR  
Date February 12, 2019

---

PROCEEDINGS: **Sentencing Hearing (continued from January 18, 2019)**
Sentence imposed as to Count(s) 1-4 : Custody of BOP for 60 months; supervised release for 3 years; fine waived; restitution $ 143,000.04 (Joint & Several w/Christopher Carter 3:18cr66-MCR and Interest is waived) and SMA of $ 400 (due immediately). Dft shall self-surrender to BOP facility by noon on May 13, 2019. Forfeiture Money Judgment for $80,544.44 entered today. SEE FORMAL JUDGMENT. Gvt Exhibits admitted during January hearing placed in clerk's secured storage (1 binder).

PRESENT:  HONORABLE.  **M. Casey Rodgers**, U.S. DISTRICT JUDGE

| Greg Newsome | Susan Simms | Donna Boland | Jeffrey Tharp |
|---|---|---|---|
| Probation Officer | Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

---

U.S.A v. (DEFENDANT LISTED BELOW)          ATTORNEYS FOR DEFENDANT

(1) **Jerry T. Vertefeuille**                                 (1) Charles Wiggins  
✔ present __ custody __ bond ✔ O/R              ✔ present __ apptd. ✔ retained

✔ DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

✔ DEFENDANT ADJUDICATED GUILTY OF COUNT(S): 1 - 4 ; SENTENCE IMPOSED:

✔ DFT remanded to custody of Bureau of Prisons on count(s):

   1 - 4  imprisonment for a term of  60  months

   with said sentences to run  ✔ concurrently or _____ consecutively

✔ Court recommends place of incarceration at or near FPC Pensacola, FL or FPC Maxwell AFB, Montgomery, AL.

✔ Additional recommendation:
   ✔ Residential Drug Abuse Program (RDAP) while in custody of BOP
   ✔ Complete Drug Education Classes & Participate in BOP's nonresidential drug abuse treatment program
   ✔ Dft identified as needing substance abuse treatment both during incarceration and at a reentry center
   __ Complete GED classes
   __ Mental Health Evaluation and/or Treatment while in the custody of BOP
   __ Sex Offender Treatment Programming
   __ Cognitive Behavioral Therapy Programming
   __ Other: _____

✔ FINE PAYMENT : ✔ Fine  waived ; __ Fine $_____ ; ✔ SMA OF $ 400 due immediately

✔ Dft is liable for restitution of:
   $ 143,000.04  made payable to U.S. Air Force  (Interest Waived)

✔ DFT is jointly and severally liable for restitution with Christopher Carter in case #3:18cr67-MCR

__ Restitution is **DEFERRED FOR 90 DAYS**

**SENTENCING MINUTES CONTINUED**                                                          **PAGE 2**

✔   S/R or PROBATION.   Dft is under:
    ✔   Supervised Release for a total period of  3   years as to Counts 1-4, to run concurrently
    ___ Probation for a period of ____ years .
    ___ Home Detention of ____ months w/ following conditions: _____.

    With the following special conditions or modifications:

    ___ DFT shall cooperate with the US Probation Officer and the Bureau of Immigration and Customs Enforcement regarding Immigration status. If deported, Dft shall not re-enter the United States without permission of the Attorney General or the Secretary of the Dept. of Homeland Security.
    ___ DFT shall submit to: ____ testing for the use of illegal controlled substances or alcohol to excess
        ___ DFT shall be evaluated for substance abuse and mental health and referred to treatment as determined necessary through an evaluation process.  Treatment is not limited to, but may include participation in a Cognitive Behavioral Therapy program
    ___ DFT is NOT subject to drug testing–this condition is suspended based upon the Court's determination.
    ✔   DFT shall participate in a program of mental health treatment.
    ✔   DFT shall provide requested financial information to the U.S. Probation Officer.
    ___ DFT shall make any unpaid fine on a payment schedule to be determine by the US Probation Officer.
    ✔   DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.
    ___ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments.
    ✔   DFT shall not open new lines of credit or charges w/o USPO's approval or until restitution is satisfied.
    ✔   DFT shall not transfer or dispose of any assets w/o USPO's approval or until restitution is satisfied.
    ✔   DFT shall submit to standard search of their person, property, house, vehicle, papers, computers by USPO.
    ___ DFT shall submit to sex offender conditions (see formal judgment)
    ___ ADDITIONAL TERMS: _____

✔   CUSTODY STATUS
    ___ DFT committed to the custody of the U.S. Department of Justice.
    ✔   DFT to surrender to USMS at  Pensacola   or designated institution at his/her own expense no later than   12:00 noon   on  May 13, 2019  .
    ___ DFT remains on bond with ____ the same terms and conditions or ____ modified terms as follows: _____.
    ___ DFT is released after meeting with Probation Officer.

___ Remaining count(s) _____ is/are dismissed on government motion.

✔   Court informs Dft of right to appeal.
    ___ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

✔   DFT addresses the Court.

___ NO FORFEITURE        ✔   FORFEITURE Money Judgment for $80,544.44 entered today.

                                                      Filed in Open Court
                                                          2-12-2019
                                                    Initials of Deputy Clerk sps